UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

PATRICIA ANGELLA TAYLOR,
Plaintiff,

v.　　　　　　　　　　　　　　　　　　　Case No: 6:16-cv-787-Orl-18GJK

GREENLAND SUITES,

Defendant.

## ORDER

This case was referred to United States Magistrate Judge Gregory J. Kelly for a report and recommendation on Plaintiff Patricia Angella Taylor's Application to Proceed in District Court without Prepaying Fees or Costs (Doc. 2). On June 14, 2016, Judge Kelly entered an order (the "Order") denying same and dismissing the complaint without prejudice. (Doc. 6.) As set forth in the Order, the Court granted Taylor leave to file an amended complaint within twenty-one (21) days from entry date of the Order. (*Id.* at 6-7.) The Court further provided that "[f]ailure to comply with the [filing requirements set forth in the Order] may result in a recommendation that the case be dismissed without further warning[.]" (*Id.* at 7.)

To date, Taylor has failed to file an amended complaint or any other filing since entry of the Order. On July 15, 2016, Judge Kelly issued a report and recommendation recommending that Taylor's case be dismissed without prejudice for failure to prosecute. (Doc. 7.) The Court, having reviewed the Report and Recommendation (Doc. 7) and there being no objections timely filed, hereby **ORDERS** and **ADJUDGES** as follows:

1. The Report and Recommendation (Doc. 7) is **APPROVED** and **ADOPTED** and is made part of this Order for all purposes, including appellate review.

2. Plaintiff Patricia Angella Taylor's Complaint (Doc. 1) is **DISMISSED without prejudice**.

3. The Clerk of Court is directed to **CLOSE** the case.

**DONE AND ORDERED** in Orlando, Florida, this \_\_\_9\_\_\_ day of August, 2016.

_____
G. KENDALL SHARP
SENIOR UNITED STATES DISTRICT JUDGE

Copies to:
Unrepresented Parties